## 29970. HOPPER v. McDANIEL.

NICHOLS, Chief Justice.

This is an appeal by the respondent warden from an order sustaining the prisoner's writ of habeas corpus. This case is controlled by the ruling made this day in *Balkcom v. McDaniel*, 234 Ga. 470.

*Judgment reversed. All the Justices concur.*

SUBMITTED MAY 5, 1975 — DECIDED MAY 20, 1975.

*Arthur K. Bolton, Attorney General, John B. Ballard, Jr., Assistant Attorney General,* for appellant.
*James C. Bonner, Jr.,* for appellee.